**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>VENITA R MILLER<br><br>Debtor(s) | Case No. 11-29504 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/19/2011.

2) The plan was confirmed on 10/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/15/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/04/2013.

5) The case was dismissed on 10/11/2013.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $6,400.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,799.07 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,799.07** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,725.81 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $73.26 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,799.07** |
| Attorney fees paid and disclosed by debtor: | $376.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A ALL FINANCIAL | Unsecured | 780.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| ADVANCED AMERICA | Unsecured | 1,620.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,666.00 | 1,402.57 | 1,402.57 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,672.00 | 1,262.59 | 1,262.59 | 0.00 | 0.00 |
| AMG ILLINOIS LTD | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| AMG ILLINOIS LTD | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| AMR COLLECTION | Unsecured | 561.00 | NA | NA | 0.00 | 0.00 |
| AMY LABOVITZ | Unsecured | 2,160.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BANK | Unsecured | 533.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| AUTOMATED COLLECTION SYSTEM | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| BUDGET CASH ADVANCE | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| CHECK IT | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK STUDENT LOANS | Unsecured | 957.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL LLC | Unsecured | 2,637.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ENTERPRISE RENTAL | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| ERAC LOMBARD | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| FOSTER MAJOR | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL | Unsecured | 729.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | NA | 603.42 | 603.42 | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 1,645.00 | 2,467.07 | 2,467.07 | 0.00 | 0.00 |
| HELLO COM | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 236.00 | 292.05 | 292.05 | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 404.00 | 429.25 | 429.25 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 1,627.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 2,461.00 | 1,922.24 | 1,922.24 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| JH STROGER HOSP OF COOK COUNT | Unsecured | 749.00 | NA | NA | 0.00 | 0.00 |
| JH STROGER HOSP OF COOK COUNT | Unsecured | 3,626.00 | NA | NA | 0.00 | 0.00 |
| JH STROGER HOSP OF COOK COUNT | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| JH STROGER HOSP OF COOK COUNT | Unsecured | 433.00 | NA | NA | 0.00 | 0.00 |
| JH STROGER HOSP OF COOK COUNT | Unsecured | 3,626.00 | NA | NA | 0.00 | 0.00 |
| JH STROGER HOSP OF COOK COUNT | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| JH STROGER HOSP OF COOK COUNT | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| JH STROGER HOSP OF COOK COUNT | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| KENNETH S BORCIA & ASSOC | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 4,723.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST PEDIATRICS | Unsecured | 86.00 | 2,400.00 | 2,400.00 | 0.00 | 0.00 |
| MARAUDER CORPORATION | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 691.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 712.00 | 730.93 | 730.93 | 0.00 | 0.00 |
| MYSTERY GUILD | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACTION FIN SRV | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUIK CASH | Unsecured | 1,026.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT INC | Unsecured | 612.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,180.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,757.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,648.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,486.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 625.00 | 625.54 | 625.54 | 0.00 | 0.00 |
| PLS FINANCIAL SERVICE | Unsecured | 819.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 486.00 | 486.85 | 486.85 | 0.00 | 0.00 |
| QC FINANCIAL SERVICES | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| SCOTT JOHNSON | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| SIGNAL HOLDINGS ICR DEPARTMEN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,524.00 | 1,524.26 | 1,524.26 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | NA | 396.45 | 396.45 | 0.00 | 0.00 |
| VISTA MEDICAL CENTER EAST | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN ALL CREDIT LENDERS | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 373.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,043.22** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,799.07 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$1,799.07** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/11/2013     By: /s/ Glenn Stearns
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**